# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Garza, Silvester James | Docket No. | 0980 1:21CR02042-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Silvester James Garza, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the court at Yakima, Washington, on the 29th day of April 2022, under the following conditions:

Special Condition #1: Defense counsel shall secure the treatment bed date at American Behavioral Health Systems in Spokane, Washington, arrange for transport to ABHS, and notify the Court, United States Probation and the jail of this information. Defendant shall be released from the Yakima County Jail at 8:00 a.m. on the day of Defendant's bed date to be transported directly to ABHS in Spokane, Washington. The United States Probation officer will affix the GPS location monitoring unit at the jail prior to transport to Spokane, Washington.

Special Condition #2: If Defendant leaves the treatment facility, or is terminated from treatment, the treatment facility personnel shall immediately notify the United States Probation Officer, who shall in turn immediately notify the Court.

Special Condition #4: GPS Location Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times a GPS device under the supervision of United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall immediately advise the Court.

Order ECF. 41. #2: Upon Defendant's release from ABHS, Defendant shall immediately report to United States Probation in Spokane, Washington.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 29, 2022, the conditions of pretrial release supervision were reviewed with the defendant in court by the Honorable James P. Hutton. The defendant verbally acknowledged an understanding of his conditions.

Violation #1: Silvester Garza is alleged to be in violation of his pretrial release by aborting inpatient treatment at American Behavioral Health Services (ABHS) on July 25, 2022.

On July 25, 2022, a status hearing was held before the Honorable Alex C. Ekstrom, U.S. Magistrate Judge, to determine if the defendant would release onto pretrial supervision in the community or be placed back into custody after completion of inpatient treatment. The Court ordered the defendant be returned to custody upon completion of treatment. At approximately 7 p.m. on July 25, 2022, this officer was notified via email by the clinical supervisor at ABHS that Mr. Garza had aborted treatment and left the facility.

Violation #2: Silvester Garza is alleged to be in violation of his pretrial release by removing his Global Position Satellite (GPS) device without a court order on July 25, 2022.

On July 25, 2022, at approximately 7 p.m., this officer was contacted via telephone by Location Monitoring Specialist (LMS) Carlson in Spokane, Washington, advising that Mr. Garza cut off his GPS unit and aborted inpatient treatment. According to LMS Carlson, he started receiving alerts regarding the unit being tampered with around 6:26 p.m.

Re: Garza,, Silvester James
July 26, 2022
Page 2

On July 26, 2022, LMS Carlson went in search of the GPS unit. According to LMS Carlson, the GPS unit was found in the bushes of a home located one block northeast from the treatment facility.

<u>Violation #3:</u> Silvester Garza is alleged to be in violation of his pretrial release by failing to report as directed to the U.S. Probation Office in Spokane, Washington, on July 26, 2022, at 8 a.m.

On July 25, 2022, a status hearing was held before the Honorable Alex C. Ekstrom, U.S. Magistrate Judge. The defendant was directed by the Court to report to the U.S. Probation Office in Spokane on July 26, 2022, at 8 a.m. On the evening of July 25, 2022, the defendant removed his GPS unit and aborted inpatient treatment at ABHS. As of the submission of this report, Mr. Garza has failed to make contact or report to the probation office as ordered.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: July 26, 2022 |
| by | s/Linda J. Leavitt |
| | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

July 26, 2022
Date